| | |
|---|---|
| Harbor Venture, Inc.; Horseshoe Casinos, (Missouri), L.L.C.; Missouri River Equities, Inc., | * <br> * <br> * <br> * |
| Appellants, | *    Appeal from the United States <br> *    District Court for the Eastern |
| v. | *    District of Missouri. <br> * |
| John Nichols; Missouri Coalition for the Environment, | *        [UNPUBLISHED] <br> * <br> * |
| Appellees. | * |

_____

Submitted: December 10, 1997
Filed: January 7, 1998
_____

Before FAGG, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

     Harbor Venture, Inc., Horseshoe Casinos, L.L.C., and Missouri River Equities, Inc. appeal the district court's ruling rejecting their contention that a gambling enterprise is permitted on real estate governed by the terms of a 1976 consent decree. After de novo review, we are satisfied the district court correctly interpreted the consent decree and the record supports the district court's ruling. Because a comprehensive opinion in this case would lack precedential value, we affirm for the reasons set forth in the district court's well-reasoned opinion. See 8th Cir. R. 47B.

A true copy.

Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

Appellate Case: 97-2332     Page: 2     Date Filed: 01/07/1998 Entry ID: 943095